IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>1121 Lorene Avenue,<br>Manteca, California 95336 | CASE NO. 2:08-SW-0490 DAD<br><br>ORDER UNSEALING CASE |

Upon request from the United States, by and through its counsel of record, the above captioned case is ordered unsealed.

Dated: August 23, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE